1192

No. 00–1035.  MINZER ET AL. *v.* KEEGAN ET AL.  C. A. 2d Cir. Certiorari denied.

No. 00–1036.  LUCERO *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 00–1040.  SURETY INVESTMENT RECOVERY SERVICES, INC. *v.* AMERICAN INSURANCE CO. ET AL.  Ct. App. Wash.  Certiorari denied.

No. 00–1044.  VOSKUIL *v.* ENVIRONMENTAL HEALTH CENTER-DALLAS.  C. A. 5th Cir.  Certiorari denied.

No. 00–1046.  ADAMS ET AL. *v.* AMERICAN EAGLE MARINE, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–1051.  COLEMAN CO., INC. *v.* BROWN.  C. A. 10th Cir. Certiorari denied.

No. 00–1053.  SHEGA *v.* LEWIS, D'AMATO, BRISBOIS & BIS-GAARD ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–1070.  CHERTKOVA *v.* CONNECTICUT GENERAL LIFE INSURANCE CO.  C. A. 2d Cir.  Certiorari denied.

No. 00–1095.  PABST BREWING CO., INC. *v.* ROSETTO ET AL. C. A. 7th Cir.  Certiorari denied.

No. 00–1112.  KEY *v.* HENDERSON, POSTMASTER GENERAL. C. A. 4th Cir.  Certiorari denied.

No. 00–1118.  RENZI ET AL. *v.* CONNELLY SCHOOL OF THE HOLY CHILD, INC.  C. A. 4th Cir.  Certiorari denied.

No. 00–1137.  MIHN VAN BUI *v.* ALARCON, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 00–1186.  ALVAREZ *v.* BOYD.  C. A. 7th Cir.  Certiorari denied.

No. 00–1199.  RODRIGUEZ-LOPEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.